EXHIBIT A

AFFIDAVIT OF DYLAN A ANTHONY

Your Affiant is a Special Agent with the Department of Justice United States Drug Enforcement Administration and has been so employed since September 2021. Your Affiant is currently assigned to the Fargo Resident Office and charged with investigating drug trafficking and money laundering violations under Titles 18 and 21 of the United States Code. Your Affiant has received over four months of law enforcement training with an emphasis on drug trafficking, money laundering, undercover operations, and electronic and physical surveillance procedures at the DEA Academy in Quantico VA. Your Affiant has been involved in numerous investigations dealing with the possession, manufacture, distribution, and importation of controlled substances.

Prior to employment with the DEA, your affiant was employed by the West Fargo Police Department from August 2020 to September 2021. Your affiant gained experience in multiple fields of criminal investigation during his employment with the West Fargo Police Department. Your affiant conducted multiple drug interdiction investigations, narcotic search warrants, overdose investigations, and narcotic interviews while employed with the West Fargo Police Department. Your affiant completed a four-month academy with the Fargo Police Department from May 2020 to August 2020 and received his POST certification in the State of North Dakota.

On April 2, 2026, Investigators were alerted to a suspicious Amtrak traveler coming from Chicago, Illinois to Fargo, North Dakota. The traveler purchased the ticket under "James Harris". Investigators determined the traveler's true identity was Malcolm Parker.

On April 3, 2026, Special Agent Dylan Anthony applied for and was granted a federal search warrant (3:26-MJ-261) out of the District of North Dakota authorizing the search of Malcolm Parker and any baggage associated with him.

On April 5, 2026, investigators with the Drug Enforcement Administration and the Cass County Drug Task Force conducted surveillance at the Amtrak station in downtown Fargo. At approximately

4:05 AM, undercover surveillance units observed Parker get off the train wearing jeans and a black sweatshirt and carrying a black backpack. At approximately 4:15 AM, Parker was observed getting into an Uber. Shortly after, the vehicle was stopped by Fargo Police and North Dakota Highway Patrol. Parker was sitting in the backseat on the passenger side. The backpack was on the floor behind the drivers seat. Parker was ordered out of the vehicle and became verbally and physically resistive. Parker was taken to the ground and eventually placed in handcuffs and into the backseat of a patrol vehicle. A search of Parker's black backpack yielded 6 packages of suspected Methamphetamine. Parker was arrested and transported to the Cass County Jail.

On April 6, 2026, Investigators conducted a preliminary test on all 6 packages. All 6 packages preliminarily tested positive for Methamphetamine. The total weight of all 6 packages was approximately 5.2 kilograms. Based on training and experience, Your Affiant knows that approximately 5.2 kilograms of packaged Methamphetamine is consistent with a quantity intended for distribution.

Furthermore, Your Affiant sayeth naught.
Dated this ___6___ day of April 2026.

Dylan A. Anthony
DEA Special Agent
Fargo Resident Office

Subscribed and sworn to before me this 6th day of April, 2026.

Alice R. Senechal
United States Magistrate Judge